UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| DIORIS SUERO, | : | |
| Plaintiff, | : | No. 5:13-cv-7181 |
| v. | : | |
| | : | |
| ANDREW THOMAS WATKINS, | : | |
| BRYANT SEMENZA, | : | |
| GEORGE VOLPE, NIK HANNEVIG, | : | |
| JOHN DOES 1 through 10, | : | |
| and UNITED STATES OF AMERICA, | : | |
| Defendants. | : | |

_____

# O R D E R

**AND NOW**, this 12th day of February, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion of the Federal Defendants to Dismiss and/or for Summary Judgment, ECF No. 52, is **GRANTED in part** as follows:

    A. Defendants Hannevig and Semenza are **DISMISSED** for their lack of personal involvement. Plaintiff may file an amended complaint regarding these Defendants **on or before February 29, 2016.**

    B. The motion for summary judgment on the basis of qualified immunity is **DENIED without prejudice**.

    C. Plaintiff's tort claims in count two are **DISMISSED with prejudice** as to Defendants Watkins and Volpe and the United States of America is **SUBSTITUTED** as Defendant in their places.

    D. The motion for summary judgment as to Plaintiff's tort claims for assault and battery, false arrest, and false imprisonment is **DENIED without prejudice**.

    E.  The motion to dismiss Plaintiff's tort claim for IIED is **GRANTED** and this claim is **DISMISSED with prejudice** from count two.

  2.  Defendants' Motion to Stay Discovery, ECF No. 53, is **GRANTED in part** as follows:

    A.  Written discovery as to the qualified immunity defense **shall be completed on or before March 14, 2016**.

    B.  The deposition of Plaintiff and of Defendant Volpe **shall be completed on or before March 14, 2016**.

    C.  All other discovery in this case is **STAYED** pending the resolution of any renewed motion for summary judgment on the basis of qualified or absolute immunity.

  3.  Defendants may file a renewed motion for summary judgment on the basis of qualified or absolute immunity **on or before March 28, 2016**.

            BY THE COURT:

            */s/ Joseph F. Leeson, Jr.*_____
            JOSEPH F. LEESON, JR.
            United States District Judge